IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                           PLAINTIFF

v.                          No. 3:15-cv-27-DPM-JJV

BRETT DUNCAN, Jailer, and
MATT HALL, Jailer                                                 DEFENDANTS

## ORDER

Unopposed recommendation, № 16, adopted as supplemented. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The conditions Addison complains about, while uncomfortable, are not unconstitutional. Motions to appoint counsel, № 17 & 18, denied as moot. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 July 2015