# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                   PLAINTIFF

v.                              No. 3:15-cv-27-DPM

BRETT DUNCAN, Jailer, and
MATT HALL, Jailer                                         DEFENDANTS

## JUDGMENT

Addison's complaint is dismissed without prejudice.


_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_15 July 2015_